UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES GALLARDO, an individual and as successor in interest to Josue Gallardo, deceased.<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF SAN LUIS OBISPO, SAN LUIS OBISPO COUNTY SHERIFF'S DEPARTMENT, SAN LUIS OBISPO SHERIFF IAN PARKINSON, in his individual and official capacity, DEPUTY JONATHAN CALVERT, in his individual and official capacity, DEPUTY GREG ROACH, in his individual and official capacity, and DOES 1 TO 10, inclusive.<br><br>　　　　　　　Defendants.<br>_____ | CASE NO.: 2:18-CV-09835-DDP (AFMx)<br><br>**JUDGMENT**<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>*Complaint filed 11/21/18* |

　　　　This action came on before the Court, the Honorable Dean D. Pregerson. On May 12, 2020, Defendants County of San Luis Obispo, Sheriff Ian Parkinson, Deputy Jonathan Calvert, and Deputy Gregory Roach (hereinafter collectively "Defendants") filed a Motion for Summary Judgment, or alternatively for Partial Summary Judgment. The matter was heard by this Court on August 3, 2020. The Court, having read and fully considered the moving, opposing, and reply papers

1 | and all supporting documents and evidence submitted in connection herewith, and
2 | having heard oral argument, granted Defendants' Motion for Summary Judgment
3 | by order dated August 5, 2020. Summary Judgment was granted to Defendants as
4 | to all of Plaintiff's claims.

5 |     JUDGMENT is herein entered in favor of Defendants and against Plaintiff
6 | in accordance with the Court's order for Summary Judgment entered on August 5,
7 | 2020. Plaintiff shall take nothing, and Defendants shall be entitled to recover their
8 | costs.

9 |     IT IS SO ORDERED, ADJUDGED, AND DECREED.

11 | DATED: October 14, 2020

*[signature]*
HON. DEAN D. PREGERSON
United States District Court Judge